UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROI LINDSAY,

              Plaintiff,

-against-

NEW YORK CHILD SUPPORT OCSS, et al.,

              Defendants.

25-CV-2232 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but he included the full names of minor children (ECF 2). The IFP application is a public document, and a party may include only the initials of minor children. *See* Fed. R. Civ. P. 5.2. The Court therefore directed Plaintiff, within 30 days, to file an Amended IFP application for the public record.

On March 3, 2026, Plaintiff filed a declaration (ECF 8) instead of an Amended IFP application. Plaintiff's declaration does not include all of the information requested on the Amended IFP application, such as whether he has received more than $200 from any source within the past 12 months, whether he has any cash or money in a checking account, his current expenses, and how he is paying them. Plaintiff's declaration is insufficient to show that he is unable to pay the filing fees. The Court therefore extends, for 14 days from the date of this order, the deadline for Plaintiff to submit an Amended IFP Application or pay the filing fees.

No summons shall issue at this time. The Clerk of Court is directed to terminate, for administrative purposes, Plaintiff's motion for a temporary restraining order (ECF 5). The Court will screen the amended complaint and address Plaintiff's motion once the filing fees have been paid or waived.

**CONCLUSION**

Within 14 days of the date of this order, Plaintiff must either pay the $405.00 in fees or fully complete and submit the attached Amended IFP application. If Plaintiff submits the Amended IFP application, it should be labeled with docket number 26-CV-2232 (LTS).

The Clerk of Court is directed to terminate, for administrative purposes, Plaintiff's motion for a temporary restraining order (ECF 5). If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

-against-

CV _____ ( ) ( )

(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

(Full name(s) of the defendant(s)/respondent(s).)

### APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*    ☐ Yes    ☐ No    (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?    ☐ Yes    ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?    ☐ Yes    ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes    ☐ No
   (b) Rent payments, interest, or dividends    ☐ Yes    ☐ No

(c) Pension, annuity, or life insurance payments   ☐ Yes    ☐ No

(d) Disability or worker's compensation payments   ☐ Yes    ☐ No

(e) Gifts or inheritances   ☐ Yes    ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)   ☐ Yes    ☐ No

(g) Any other sources   ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| Dated | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| Address    City | State    Zip Code |
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2