UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROI LINDSAY,

                           Plaintiff,

               -against-

NEW YORK CHILD SUPPORT OCSS; NEW
JERSEY CHILD SUPPORT; NEW YORK
STATE DMV; FDNY METRO-TECH,

                     Defendants.

25-cv-2232 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 8, 2026, order, Plaintiff's federal claims are dismissed

for the reasons set forth in the order and the Court declines, under 28 U.S.C. § 1367(c)(3), to

exercise supplemental jurisdiction of Plaintiff's state law claims.


SO ORDERED.

Dated:    April 10, 2026
           New York, New York

                           /s/ Louis L. Stanton
                              LOUIS L. STANTON
                       United States District Judge